IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Darrell Lee Birch, a/k/a Reggie Allen, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No.: 4:12-cv-930-TLW-KDW |
| | ) | |
| Marion County Sheriff Office, | ) | |
| Cpl. Ernie Grice, Agent Mark Collins, | ) | |
| Agent A. Cribb, and E. Walter, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

# ORDER

On April 2, 2012, the plaintiff, Darrell Lee Birch, a/k/a Reggie Allen ("plaintiff"), proceeding pro se, filed this action pursuant to 42 U.S.C. § 1983. (Doc. # 1). The case was referred to United States Magistrate Judge Kaymani D. West pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 73.02(B)(2), DSC.

This matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by the Magistrate Judge to whom this case had previously been assigned. (Doc. # 17). On June 15, 2012, the Magistrate Judge issued the Report. In the Report, the Magistrate Judge recommends that defendants E. Walter and Marion County Sheriff's Office be dismissed as parties to this case. (Doc. # 17). Objections were originally due on July 2, 2012. The plaintiff submitted a notice of change of address on July 9, 2012. (Doc. # 24). The Report and Recommendation was re-mailed to the plaintiff's new address, and the deadline for filing objections was changed to July 30, 2012. (Docs. 25, 26). The plaintiff filed no objections to the Report.

1

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation. It is hereby **ORDERED** that the Magistrate Judge's Report is **ACCEPTED**. (Doc. # 17). For the reasons articulated by the Magistrate Judge, defendants E. Walter and Marion County Sheriff's Office are **DISMISSED** as parties to this case.

**IT IS SO ORDERED**.

    s/Terry L. Wooten
    United States District Judge

September 6, 2012
Florence, South Carolina

2